UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN WILLIAM WHITE,

    Plaintiff(s),

V.                                      CASE NO. 21-12301
                                      HON. LINDA V. PARKER

RICKY RONCELLI, et al.,

    Defendant(s).
    _____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [#8] and a Stipulation of Dismissal [#9] on November 1, 2021; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS**.

                                      s/Linda V. Parker
                                      Linda V. Parker
                                      United States District Judge

Dated:  November 1, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 1, 2021, by electronic and/or ordinary mail.

                                      s/A. Flanigan
                                      Case Manager